Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7008 | **DATE** | 11/30/2011 |
| **CASE TITLE** | Morrow vs. May et al | | |

**DOCKET ENTRY TEXT**

Enter rulings on pending motions in limine.

■[ For further details see text below.]

Docketing to mail notices.

---

## ORDER

### RULING ON PLAINTIFF'S MOTIONS IN LIMINE

1. **Motion # 1 To Bar Evidence and Witnesses Not Previously Disclosed**

   Denied for the reasons stated in open court on 11/29/2011.

2. **Motion # 2 To Bar Evidence, Testimony, and Argument Regarding a Controlled Substance, Including Physical Evidence of a Controlled Substance, Expert Testimony Regarding a Controlled Substance, The Laboratory Report, and the Police Inventory Report**

   Motion is taken under advisement.

3. **Motion # 3 To Bar Speculative and Improper Expert Testimony of Assistant State's Attorneys As To Why There Was a Dismissal Of The Charge After a *Nolle Prosequi* Motion**

   Denied for reasons stated in open court on 11/29/2011.

4. **Motion # 4 To Bar Evidence, Testimony, and Argument Regarding All Arrests and Convictions of Plaintiff and Bar Introduction of Plaintiff's Rapsheet into Evidence**

   Granted other than plaintiff's felony conviction in last 10 years; that conviction is addmissible for credibility reasons.

# ORDER

**5.** **Motion # 5 To Bar Any Inference That Plaintiff Has Used Illegal Drugs or Abused Alcohol In The Past**

Granted.

**6.** **Motion # 6 To Bar Negative Reference to Plaintiff's Employment History of Source of Income and Financial Circumstances**

Granted other than Plaintiff's financial circumstances and employment situation around the date of his arrest.

**7.** **Motion # 7 To Bar Any Reference to the 1100 Block of North Ridgeway Avenue, in Chicago, Illinois, As A High Crime or Drug Area**

Denied.  See <u>Illinois v. Wardlow</u>, 528 U.S. 119, 124 (2000).

**8.** **Motion # 8 To Bar Any Questions or Reference to Gang Affiliation or Tattoos**

Granted.

**9.** **Motion # 9 To Bar Evidence of Documents Defendants Failed to Disclose**

Denied without prejudice.  Admissibility issues to be decided at trial in context of other evidence presented.

**10.** **Motion # 10 To Bar Evidence, Testimony, and Argument Regarding Plaintiff's Other Civil Rights Lawsuit**

Granted without prejudice to reconsideration should plaintiff's evidence open the door to the subject.

**11.** **Motion # 11 To Bar Improper Bolstering of Defendants**

Motion taken under advisement and to be decided in context of trial evidence.

**12.** **Motion # 12 To Bar Testimony Regarding Defendant's Ability or Inability to Pay Punitive Damages**

Motion taken under advisement and to be decided in context of trial evidence.

**13.** **Motion # 13 To Exclude Non-Party Witnesses From The Courtroom**

Granted.

**14.** **Motion # 14 To Permit The Plaintiff to Treat the Defendants and All Other Officers and City Employees as Adverse Witnesses**

Granted.

## ORDER

### RULING ON DEFENDANTS' MOTIONS IN LIMINE

1.   **Motion # 1 To Bar Testimony Regarding Future Pain and Suffering, Permanency, and/or Disability**

     Denied as to claims re: pain and suffering derived from stop, arrest and incarceration.  Granted as to any claimed pain, suffering and disability in future.

2.   **Motion # 2 To Bar Lay Witnesses from Offering Expert Testimony**

     Granted.

3.   **Motion # 3 To Bar Testimony Regarding Alleged Wage Loss**

     Granted.

4.   **Motion # 4 To Bar Testimony Regarding Insurance Coverage and Indemnification of Defendants**

     Granted without prejudice to determination at trial based on other evidence.

5.   **Motion # 5 To Bar Evidence, Testimony or Reference To Any Violation of Chicago Police Department General Orders, Regulations or Directives**

     Granted.

6.   **Motion # 6 To Bar Any Argument or Testimony Regarding Negligent or Improper Training, Monitoring, Control, Discipline or Hiring of Police Officers, Including Defendants**

     Granted.

7.   **Motion # 7 to Bar Evidence and Witnesses Not Previously Disclosed**

     Denied without prejudice; motion is unclear as to what it specifically refers to.

8.   **Motion # 8 To Bar Improper Arguments or Innuendos that Plaintiff Seeks to "Send a Message" to the City of Chicago and the Police**

     Granted without prejudice to trial evidence and context of evidence.

9.   **Motion # 9 To Bar Reference to Other Lawsuits, Other Claimed Incidents of Defendants' Disciplinary History**

     Granted.

## ORDER

10. **Motion # 10 To Allow the Use of Prior Conduct of Plaintiff Including Prior Bad Acts and Convictions**

    Denied for reasons stated in open court on 11/29/2011, other than Plaintiff's felony conviction.

11. **Motion # 11 Barring Evidence of Media Coverage**

    Granted as to any affirmative evidence of this type. All other issues will be decided at trial.

12. **Motion # 12 To Bar Evidence of Settlement or Final Disposition**

    Granted.

13. **Motion # 13 To Bar Any Allegations of "Code of Silence," "Blue Wall," and/or "Cover-Up"**

    Granted as to use of terms delineated in the motion.


Date: __November 30, 2011__

_____
**CHARLES P. KOCORAS**
**U.S. District Judge**